Josh A. Cohen (SBN 217853)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Tel: (415) 749-1800
Fax: (415) 749-1694
jcohen@clarencedyer.com

Attorneys for Defendant
MONTE WEDL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MONTE WEDL,<br><br>    Defendant. | Case No. 16-mj-71586 MAG<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE FROM FEBRUARY 16, 2017 TO MARCH 9, 2017** |

The parties, by and through their undersigned counsel, hereby agree and stipulate as follows:

WHEREAS, defendant Monte Wedl is presently scheduled to appear before this Court for a status conference on February 16, 2017;

WHEREAS, Mr. Wedl returned to his home in Incline Village, Nevada, from residential treatment in Atlanta on or about February 2, 2017; is continuing outpatient treatment; and is compliant with the conditions of his pretrial release;

WHEREAS, the parties are presently discussing next steps in the case;

WHEREAS, counsel for Mr. Wedl starts a two-week trial before Judge Donato on February 21, 2017 and will be unavailable during that period;

WHEREAS, Mr. Wedl agrees to waive time under Federal Rule of Criminal Procedure 5.1 and the Speedy Trial Act given counsel's unavailability and the need for effective preparation;

NOW, THEREFORE, the parties hereby AGREE and STIPULATE that the status conference currently scheduled for February 16, 2017 should be continued to March 9, 2017. The parties further AGREE and STIPULATE that the time between February 16, 2017 and March 9, 2017 should be excluded under the Speedy Trial Act. Given the unavailability of defense counsel during trial of an unrelated matter and the need for defense counsel to research issues relating to potential disposition of this case, the parties agree that the failure to grant a continuance would unreasonably deny the defendants the availability of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated: February 14, 2017          _____*/s/*_____
                                  Josh Cohen
                                  Attorney for Defendant MONTE WEDL

Dated: February 14, 2017          _____*/s/*_____
                                  Shailika Kotiya
                                  Assistant United States Attorney

**ORDER**

By stipulation of the parties, and for good cause shown, the status conference in this matter presently scheduled for February 16, 2017 is hereby continued to March 9, 2017 at 11:00 a.m.

It is further ORDERED that the time between February 16, 2017 and March 9, 2017 shall be excluded under the Speedy Trial Act. The Court finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). Further, the Court finds that the failure to grant a continuance would unreasonably deny the defendant the availability of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

1   It is further ORDERED that, with the defendant's consent and for good cause shown, the
2   time between February 16, 2017 and March 9, 2017 shall be excluded under Federal Rule of
3   Criminal Procedure 5.1.

4   IT IS SO ORDERED.

5   Date: February 15, 2017

    _____
6   JACQUELINE S. CORLEY
    UNITED STATES MAGISTRATE JUDGE